PEN:CD:ML
F.#2012R01887

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ APR 11 2013 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

    - against -

BRETT ZORSE,

            Defendant.

- - - - - - - - - - - - - - - - -X

M I S D E M E A N O R
I N F O R M A T I O N

Cr. No. 13-M-247 (CLP)
(T. 18, U.S.C., §§ 13 and 3551
 et seq.)

THE UNITED STATES ATTORNEY CHARGES:

    On or about April 12, 2012, within the Eastern District of New York and elsewhere, the defendant BRETT ZORSE, while within the territorial jurisdiction of the United States, did knowingly and intentionally violate New York Penal Law Section 240.20, in that the defendant BRETT ZORSE, with intent to cause public inconvenience, annoyance and alarm, and recklessly creating a risk thereof, created a physically offensive condition by an act which served no legitimate purpose, to wit: placing his hand upon the leg of another individual whose identity is known to the United States Attorney without permission or authority to do so.

    (Title 18, United States Code, Sections 13 and 3551 et seq.)

                                LORETTA E. LYNCH
                                UNITED STATES ATTORNEY
                                EASTERN DISTRICT OF NEW YORK

BY: _____
ACTING UNITED STATES ATTORNEY
PURSUANT TO 28 C.F.R. C.131